UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:13-CR-58 RLM |
| | ) | |
| DALE MARSHALL | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 25, 2013 [Doc. No. 8]. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Dale Marshall's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 843(b).

SO ORDERED.

ENTERED: July 15, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court